# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN LOPEZ-MAGALLON,<br><br>　　　　　　　　Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Respondent. | CASE NO. 07cv1205 BTM<br>　　　　　　04cr2660 BTM<br><br>**ORDER:**<br><br>**DIRECTING FILING OF ANSWER AND SETTING HEARING ON SECTION 2255 MOTION [Doc. #54]**<br><br>**and**<br><br>**DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* [Doc. #55] AS MOOT** |

Petitioner has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. In accordance with Rule 5 of the Rules Governing Section 2255 Proceedings, Respondent shall file an answer to the motion on or before August 6, 2007. Petitioner may file a reply to Respondent's answer on or before August 24, 2007. The Court sets this matter on the calendar for disposition on **August 31, 2007 at 11:00 a.m.** Unless otherwise directed by the Court, there shall be no oral argument, and no personal appearances are necessary.

//
//
//

1

1   Petitioner has also filed a motion to proceed *in forma pauperis* in connection with his
2 § 2255 motion.  As no fee is required in order to file a § 2555 motion, Petitioner's motion to
3 proceed in forma pauperis is **DENIED** as moot.

5 **IT IS SO ORDERED.**

7 DATED:  July 13, 2007

_____
Hon. Barry Ted Moskowitz
United States District Judge