# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
GERMAN LOPEZ-MAGALLON,
Defendant.

CASE NO. 07cv1205; 04cr2660

ORDER

This matter comes before the Court on the motion of defendant German Lopez-Magallon under 28 U.S.C. § 2255 to reduce his sentence to 48 months imprisonment due to alleged ineffective assistance of counsel. During the course of the evidentiary hearing, the parties announced that they had reached a resolution. The parties agreed that if the court reduced the sentence to 80 months, the defendant would waive his right to seek a further reduction, waive his right to appeal and waive his right to further § 2255 motions. The Court finds that the defendant has consulted with his counsel and knowingly, voluntarily, and intelligently entered into the above mentioned agreement and waivers. Given the risk for both parties and considering the factors in 18 U.S.C. § 3553(a), the Court accepts the resolution. The defendant's sentence of imprisonment shall be reduced from 96 months to 80 months. Judgment shall accordingly be entered on his §2255 motion and a new criminal judgment shall issue.

IT IS SO ORDERED.

DATED: May 22, 2008

Honorable Barry Ted Moskowitz
United States District Judge